# UNITED STATES DISTRICT COURT

## District of Minnesota

Guillermo Ramirez Hidalgo,

Petitioner,

v.

David Easterwood, Kristi Noem, Todd Lyons, Pam Bondi,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-965 JMG/DTS

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (filing 1) is granted.
2. The government shall, if necessary, immediately return the petitioner to the District of Minnesota.
3. When the petitioner is in Minnesota, the government shall immediately release the petitioner from custody.
4. No later than **February 6, 2026**, the government shall file a status report certifying compliance with this Order.

Date: 2/5/2026

KATE M. FOGARTY, CLERK